CORNELIUETT SMITH, as Executrix of HARLAN P. SMITH, Deceased, Appellant, *v.* DAVID PROSKEY, Respondent.

*Smith* v. *Proskey*, 82 App. Div 19, reversed.
(Argued November 23, 1903; decided December 8, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 14, 1903, which reversed a judgment of Special Term sustaining a demurrer to the answer and directed that the complaint be dismissed.

*Henry B. Closson* for appellant.

*Abram I. Elkus, James C. McEachen* and *Joseph M. Proskauer* for respondent.

Order reversed, and judgment of Special Term affirmed, with costs in all courts, upon opinion of PATTERSON, J., below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN and MARTIN, JJ., Dissenting: HAIGHT, VANN and WERNER, JJ